UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JADEN MACK,

                Defendant.

**ORDER**

24 Cr. 699 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      An arraignment in this matter will take place on **December 19, 2024 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: December 18, 2024
       New York, New York

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge