UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JADEN MACK,

                Defendant.

**ORDER**

24 Cr. 699 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference previously scheduled for **March 12, 2025 at 10:00 am** will now take place on **March 12, 2025 at 2:00 pm** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: March 11, 2025
New York, New York

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge