UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JADEN MACK,<br><br>                    Defendant. | **ORDER**<br><br>24 Cr. 699 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      A plea conference in this matter will take place on **May 2, 2025 at 3:00 pm** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: April 30, 2025
New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge