UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JADEN MACK,<br><br>                        Defendant. | **ORDER**<br><br>24 Cr. 699 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Sentencing in this matter will take place on **September 5, 2025 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Defendant's sentencing submission is due on **August 15, 2025**, and the Government sentencing submission is due on **August 22, 2025**.

Dated: May 2, 2025
New York, New York

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge