WILLIAM J. STAMPUR
JAMES ROTH

**STAMPUR & ROTH**
ATTORNEYS AT LAW

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
(212) 619-4240

August 12, 2025

BY ECF

Honorable Paul G. Gardephe
United States District Court
Southern District of New
York One Foley Square
New York, NY 10007

**MEMO ENDORSED:** The application is granted. The sentencing currently scheduled for September 5, 2025, at 3:00 p.m. is adjourned to **September 11, 2025, at 3:00 p.m.**

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: August 13, 2025

Re: United States vs. Jaden Mack 1:24-CR-699- PGG

Dear Judge Gardephe :

   I represent Mr. Mack in the above captioned matter. I am writing to request a change of the current sentencing hearing date of September 5, 2025, due to a scheduling conflict. This is the first adjournment request. The government and counsel are available on September 11, 12, 17, or the 18th, 19th, or 23rd in the late afternoon subject to the court's availability.

Very truly yours,

s/James Roth